

## RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6517
Writer's Direct Fax: (516) 663-6717
Writer's E-Mail: mamato@rmfpc.com

May 23, 2017

**VIA ECF and
E-MAIL - ess_hearings@nyeb.uscourts.gov**

Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East – Courtroom 3585
Brooklyn, NY 11201-1800

Re:  *In re: Prima Pasta & Cafe, Inc.*
     Case No. 17-40760 (ess)

Dear Judge Stong:

This firm is counsel for Montebello Food Corp. ("Montebello"), one of the 20 largest creditors in the above-referenced Chapter 11 case.

This letter will confirm that at the hearing held on April 20, 2017, Your Honor granted my request to appear telephonically at the status conference and status hearing presently scheduled for Thursday, May 25, 2017.

If you have any questions or require anything further, please do not hesitate to contact the undersigned.

Respectfully,

MICHAEL S. AMATO
For the Firm

MSA:dmo

691995