UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| PRIMA PASTA & CAFE, INC., | Case No. 17-40760-ESS |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Daniella Shimunov, being duly sworn states as follows:

1. I am over 18 years of age and not a party to this case.

2. On August 9, 2017, I served a copy of the following document(s) to the individuals and entities list on the annexed service list by either first class mail or electronic mail:

**MOTION FOR AN ORDER EXTENDING THE DEBTOR'S
EXCLUSIVE PERIOD TO FILE PLAN OF REORGANIZATION**

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: August 9, 2017
       Astoria, New York

                                                    */s/Daniella Shimunov*
                                                    Daniella Shimunov

# Prima Pasta & Café, Inc.
Service List

| | | | |
|---|---|---|---|
| Bresso Realty LLC<br>275 Madison Ave., Ste. 1711<br>New York, New York 10016 | MAIL | N.Y.S. Department of Labor<br>P.O. Box 15130<br>Albany, NY 12212-5130 | MAIL |
| Con Edison Law Dept.<br>4 Irving Plaza<br>New York, NY 10003 | MAIL | Desiree Claudio, Esq.<br>101-05 Lefferds Blvd, Ste. 205<br>South Richmond Hill, NY 11419 | MAIL |
| Frank Scalise Contractors<br>14914 116th Street<br>South Ozone Park, NY 11420 | MAIL | Montebello Food Corp<br>133 Randolph St<br>Brooklyn, NY 11237 | MAIL |
| NYC Criminal Court<br>c/o Linebarger, Goggan, Blair & Sampson<br>61 Broadway Ste. 2600<br>New York, NY 10006 | MAIL | Rosemary Sorenson<br>c/o Baron & Assoc. PC<br>2509 avenue U<br>Brooklyn, NY 11229 | MAIL |
| U.S. Trustee's Office<br>201 Varick Street<br>New York, NY 10014 | MAIL | Montebello Food Corp.<br>c/o Ruskin Moscou Faltischek<br>1425 Rexcorp Plaza<br>Uniondale, NY 11556 | MAIL |
| I.R.S.<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | MAIL | N.Y.S..Dept of Tax. & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany NY 12205-0300 | MAIL |
| Michael S. Amato, Esq.<br>Ruskin Moscou Faltischek, P.C.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale, NY 11556-1425 | MAIL | Richard J McCord, Esq.<br>90 Merrick Avenue<br>East Meadow, NY 11554 | MAIL |
| NYC Department of Finance<br>66 John Street, Room 104<br>New York, NY 10038 | MAIL | | |