UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re                                                                                            Chapter 11

PRIMA PASTA & CAFE, INC.,                                          Case No. 17-40760-ESS

                                                Debtor.

--------------------------------------------------------X

## ORDER APPROVING APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED

Upon the application of the parties listed in the attached Schedule "A" for an order authorizing Prima Pasta & Café, Inc., debtor-in-possession (the "Debtor"), to pay compensation and reimbursement of necessary costs and expenses incurred pursuant to Bankruptcy Code §§ 330 (the "Application"); and notice of the Application and a hearing to consider the Application having duly been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and no party having objected to the relief sought in the Applications; and it appearing that no further notice need be given; and it appearing that sufficient cause has been shown for the relief requested in the Applications; and after due deliberation and sufficient cause appearing

therefore; it is hereby

**ORDERED** that the applications are granted to the extent set forth in the attached Schedule "A" pursuant to Bankruptcy Code Section 330; and it is further

**ORDERED** that the Debtor is authorized and directed to pay the amounts awarded as detailed in the attached Schedule "A"; and it is further

**ORDERED** that this order constitutes a separate order as to each of the professionals listed on Schedule "A" in the event that any party wishes to file an appeal with respect to the decision on any individual Application.

2



**Dated: Brooklyn, New York**
**July 17, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**