# EXHIBIT A

Case No**: 17-40760**
Case Name: **Prima Pasta & Café, Inc.**

| Applicant | Date/Document No. Of Applicant | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| **Ortiz & Ortiz, LLP** Counsel to the Debtor | 5/15/2018 Doc # 132 | $47,641.75 | $46,641.75 | $330.95 | $330.95 |

SCHEDULE A(1)                                          DATE: June 29, 2018